IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE L. FIELDS,

    Plaintiff,

vs.                                 CASE NO. 5:09cv137/RS-EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Voluntary Dismissal (Doc. 10) is granted. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on July 21, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**